**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| REMARKABLE HEALTHCARE OF | § | CASE NOS. 24-40612 & 24-40611 |
| SEGUIN LP AND REMARKABLE | § | |
| HEALTHCARE LLC,[1] | § | (Jointly Administered) |
| | § | |
| | § | (Formerly Jointly Administered |
| DEBTORS. | § | under Lead Case: Remarkable |
| | § | Healthcare of Carrollton, LP, et al., |
| | § | 24-40605) |

**ORDER SETTING PLAN RELATED DEADLINES AND HEARING ON**
**CONFIRMATION RELATED TO AMENDED SUBCHAPTER V PLAN [DKT. 38]**
**(SMALL BUSINESS DEBTOR — SUBCHAPTER V)**

On **October 10, 2024**, **Remarkable Healthcare, LLC** and **Remarkable Healthcare of Seguin, LP** (the "Debtors") filed an Amended Joint Subchapter V Plan of Reorganization for Remarkable Healthcare of Sequin LP and Remarkable Healthcare LLC [Dkt. 38], and in light of the Debtors' election to have subchapter V of chapter 11 apply to this case, the Court finds cause for entry of this Order.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

A.  **SOLICITATION DEADLINE:** On or before **October 24, 2024**, a copy of this Order, the Debtors' proposed Amended Chapter 11 Plan and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); however, in accordance with 11 U.S.C. §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

B. **VOTING DEADLINE: November 15, 2024 at 5:00 p.m. central time** is fixed as the last day for submitting written acceptances or rejections of the Debtors' proposed Amended Chapter 11 plan, which must be **received by 5:00 p.m. (CDT)** on that date at the below address:

> Remarkable Healthcare, LLC Ballot Processing
> c/o Omni Agent Solutions
> 5955 De Soto Ave., Suite 100
> Woodland Hills, CA 91367

*No acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtors' proposed Amended Chapter 11 plan without further Court order.*

Ballots may also be submitted online by 5:00 p.m. (CDT) on November 15, 2024 by going to https://cases.omniagentsolutions.com/remarkablehealthcare.

C. **OBJECTION DEADLINE: November 25, 2024** is fixed as the last day for filing and serving written objections to confirmation of the Debtors' proposed Amended Chapter 11 plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

D. **CONFIRMATION HEARING:** The hearing to consider the confirmation of the Debtors' proposed Chapter 11 Plan is fixed and shall be held on **December 3, 2024 at 2:00 p.m.** in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, Texas 75074, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

Signed on 10/22/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE