**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| REMARKABLE HEALTHCARE OF CARROLLTON LP, ET AL.,[1] | § § § § | CASE NO. 24-40605  (Jointly Administered) |
| DEBTORS. | § § § | |

**NOTICE OF FILING OF LIQUIDATION ANALYSIS AND PROJECTIONS RELATED TO DOCKET NO. 328 JOINT SUBCHAPTER V PLAN OF REORGANIZATION FOR REMARKABLE HEALTHCARE OF SEGUIN LP AND REMARKABLE HEALTHCARE, LLC**

**PLEASE TAKE NOTICE** that on October 1, 2024, Debtors Remarkable Healthcare Of Seguin LP and Remarkable Healthcare, LLC filed their Liquidation Analysis and Projections, attached here to, related to their *Joint Subchapter V Plan Of Reorganization* [Dkt. 328].

        **GUTNICKI LLP**

        */s/ Liz Boydston*
        Liz Boydston (SBN 24053684)
        Alexandria Rahn (SBN 24110246)
        10440 N. Central Expy., Suite 800
        Dallas, Texas 75231
        Telephone: (469) 935-6699
        Facsimile: (469) 895-4413
        lboydston@gutnicki.com
        arahn@gutnicki.com

        -and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Carrollton, LP (5960), Remarkable Healthcare of Dallas, LP (3418), Remarkable Healthcare of Fort Worth (1692), Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

Max Schlan (admitted *Pro Hac Vice*)  
45 Rockefeller Plaza  
Suite 2000  
New York, New York 10111  
Telephone: (646) 825-2330  
Facsimile: (646) 825-2330  
mschlan@gutnicki.com

*Counsel to the Debtors and Debtors in Possession*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served on October 1, 2024 on all those who consent to service via the court's ECF noticing service.

*/s/ Liz Boydston*

## LIQUIDATION ANALYSIS

|  | Current Value | Estimated Liquidation Value |
|---|---:|---:|
| **Cash & Cash Equivalents** | $ 1,087.00 | $ 1,000.00 |
| **Trademarks & Domain Name** | $ 1,000.00 | $ 1,000.00 |
| **Accounts Receivable** | $ 2,143,739.55 | $ 535,934.89 |
| **Inventory** | $ 125,000.00 | $ 10,000.00 |
| **Office Equipment & Equipment** |  | $ |
| **Automobiles** | $ 15,000.00 | $ 3,500.00 |
| **Buildings & Land** |  | $ |
| **Lawsuits/Avoidance Actions** |  | $ |
| **Disposable Income** | $ 4,223,860.00 | $ |
| **Total Assets at Liquidation Value** |  | $ 551,434.89 |

| **Less Secured Creditor Recoveries** |  |
|---|---:|
| **Less Administrative Expenses of the Debtors' Subchapter V Case** |  |
| **Estimated secured creditor expenses** | $ 743,541.81 |
| **Admininstrative claim expenses** | $ 1,818,432.45 |
|     Estimated Admin Rent | $ 460,432.45 |
|     General Expenses | $ 123,000.00 |
|     West Wharton | $ 420,000.00 |
|     Estimated Debtors' Counsel Fees & Expenses* | $ 600,000.00 |
|     Estimated Valuation Expert Fees & Expenses | $ 100,000.00 |
|     Estimated Subchapter V Trustee Fees & Expenses* | $ 10,000.00 |
|     Estimated Plan Solicitation Agent Fees & Expenses* | $ 100,000.00 |
|     Estimated Tax Advisor Fees & Expenses | $ 5,000.00 |
| **Priority Unsecured Claims (Taxes)** | $ 138,002.52 |
| **Less Estimated Ch. 7 Trustee, Investment Banker & Counsel Fees** | $ 100,000.00 |
|  |  |
| **Total Secured, Admin, Priority & Liquidation Costs** | $ 2,699,976.78 |

| | |
|---|---:|
| **Total Assets at Liquidation Value** | $ 551,434.89 |
| **Less Total Secured, Admin, Priority & Liquidation Costs** | $ 2,699,976.78 |
|  |  |
| **Balance Remaining for Unsecured Creditors** | $ (2,148,541.89) |
|  |  |
| **Estimated Unsecured Creditors Claims Pool After Expected Objections** | $ 104,329.79 |
|  |  |
|  |  |
| **Estimated Percentage Recovery to Unsecured Creditors in Liquidation** | 0% |
| **Estimated Percentage Recovery to Unsecured Creditors Under Plan** | 100% |



**Remarkable Healthcare of Seguin**

| Projected Disposable Income | 2024 | 2025 | 2026 |
|---|---|---|---|
| **Revenue by Payor** | | | |
| Private Pay | $928,806 | $903,194 | $921,258 |
| Medicare Part A | $1,399,636 | $1,696,293 | $1,781,108 |
| Medicaid | $2,009,454 | $2,578,225 | $2,836,048 |
| QIPP Medicaid Daily Rate | $115,434 | $643,591 | $675,771 |
| Managed Care | $1,087,558 | $1,008,784 | $1,109,662 |
| Medicare Part B | $299,299 | $111,658 | $117,241 |
| QIPP Supplemental Payment | - | $512,194 | $512,194 |
| Other Income | $1,620 | $2,662 | $2,715 |
| **TOTAL Revenue** | **$5,841,806** | **$7,456,601** | **$7,955,996** |
| **Expenses** | | | |
| Payroll inc Tax & Benefits | $2,749,486 | $2,877,847 | $2,910,254 |
| Contract Labor | $138,684 | $132,807 | $135,361 |
| Rent | $995,846 | $1,114,249 | $1,114,249 |
| Nursing & Med Supplies | $236,690 | $209,112 | $224,618 |
| Dietary | $198,076 | $175,820 | $188,857 |
| Pharmaceuticals | $114,290 | $80,445 | $86,410 |
| Utilities, Phone, & Cable | $184,534 | $179,225 | $179,225 |
| Repairs & Maintenance | $29,142 | $23,530 | $23,530 |
| Consulting Services | $53,730 | $47,108 | $28,214 |
| Professional Services | $121,822 | $26,820 | $48,928 |
| Insurance - Commercial | $119,584 | $109,184 | $111,796 |
| Depr & Amort | $29,150 | $26,103 | $26,886 |
| Other Exp - Variable | $115,552 | $110,347 | $135,361 |
| Other Exp - Fixed | $368,708 | $336,928 | $354,020 |
| Office Supplies | $11,768 | $14,878 | $15,981 |
| Travel & Meals | $9,822 | $7,541 | $8,100 |
| Marketing | $578 | $4,106 | $4,410 |
| Lab & Radiology | $37,580 | $34,232 | $36,770 |
| Hskpg/Laundry Supplies | $31,892 | $26,075 | $28,009 |
| Transportation | $5,010 | $8,423 | $9,048 |
| Bad Debt | $75,210 | $63,008 | $118,529 |
| Interest | $7,046 | | |
| **TOTAL Expenses - Summary** | **$5,634,200** | **$5,607,788** | **$5,788,556** |
| **Net Income/Loss** | **$207,606** | **$1,848,813** | **$2,167,441** |