IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| REMARKABLE HEALTHCARE OF SEGUIN LP AND REMARKABLE HEALTHCARE LLC,[1] | § § § § | CASE NOS. 24-40612 & 24-40611 |
| | § | (Jointly Administered) |
| | § § | |
| DEBTORS. | § § § § | (Formerly Jointly Administered under Lead Case: Remarkable Healthcare of Carrollton, LP, et al., 24-40605) |

**NOTICE OF EXIT FINANCING COMMITMENT FOR JOINT SUBCHAPTER V PLAN OF REORGANIZATION FOR REMARKABLE HEALTHCARE OF SEGUIN LP AND REMARKABLE HEALTHCARE, LLC**

**PLEASE TAKE NOTICE** that on December 30, 2024 the above-captioned debtors and debtors-in-possession (the "**Debtors**") received the commitment letter (the "**Commitment Letter**") committing to exit financing of $3 million for emergence from chapter 11 through confirmation of the *Second Amended Joint Subchapter V Plan Of Reorganization for Remarkable Healthcare of Seguin LP and Remarkable Healthcare, LLC* [Dkt. No. 158] (the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that the exit financing will provide financing necessary to fund the Plan for all amounts necessary for confirmation, including all post-petition Form 941 payroll tax liabilities.

**PLEASE TAKE FURTHER NOTICE** that KRS Seguin, LLC and Alleon Capital Partners LLC will receive a copy of the Commitment Letter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Remarkable Healthcare of Seguin, LP (4566), and Remarkable Healthcare, LLC (5142).

1

**GUTNICKI LLP**

/s/ *Liz Boydston*
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
8080 N. Central Expy., Suite 1700
Dallas, Texas 75206
Telephone: (469) 935-6699
Facsimile: (469) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

-and-

Max Schlan (admitted *Pro Hac Vice*)
45 Rockefeller Plaza,
Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was served on December 30, 2024 on all those who consent to service via the court's ECF noticing service.

/s/ *Liz Boydston*